IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Manuel Roldan, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Bland Landscaping Company Inc.,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 3:20-CV-00276-KDB-DSC |

**Order Staying Litigation for Non-Binding Mediation**

Before the Court is the Parties' Joint Motion Requesting a Stay of Litigation to Permit the Parties to Participate in Non-Binding Mediation. For good cause shown and in the interest of judicial economy, the Court **GRANTS** the Motion and **ORDERS**:

　　A.　　This action is stayed until the later of April 22, 2022 or one week after the conclusion of the parties' mediation process, which includes a stay of any deadlines, notices to the collective or class, and/or the disposition of all pending motions which already have been filed.

　　B.　　As required by Local Civil Rule 16.2(c)(3), the mediator is directed to file a report within seven days of the conclusion of the mediation.

　　C.　　Under Local Civil Rule 16.2(b)(4), the Court adopts the parties' confidentiality provisions of paragraph 12 of the Motion and directs they apply to this mediation process.

　　D.　　The statute of limitations under the FLSA shall be tolled for any FLSA claim held by any putative FLSA collective-action member who files a consent to join the lawsuit as an opt-in plaintiff pursuant to the FLSA from the effective date of their agreement to the earlier of (1) the date the stay is lifted or expires or (2) the date on which either party terminates the mediation process and tolling agreement.

E.  If the matter is not resolved through mediation, that the Parties shall, within seven days of the filing of the mediator's report, submit a joint proposal for the proposed notice of this lawsuit, further discovery and other deadlines, to the extent this becomes applicable.

F.  The parties shall file a status report within thirty days of this Order and every thirty days thereafter until the mediation is concluded or the stay is otherwise lifted.

**SO ORDERED**.   Signed: February 24, 2022

_____
David S. Cayer
United States Magistrate Judge