IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CA No. 3:20-cv-00276-KDB-DSC

| | |
|---|---|
| MANUEL ROLDAN, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| *Plaintiff,* | )<br>) |
| v. | )<br>)<br>) |
| BLAND LANDSCAPING COMPANY, INC., | )<br>)<br>) |
| *Defendant.* | ) |

**<u>PLAINTIFF'S UNOPPOSED AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; APPROVAL OF SETTLEMENT ADMINISTRATOR; AND APPROVAL OF PLAINTIFF'S NOTICE OF SETTLEMENT</u>**

Pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b), and based on the accompanying memorandum of law, Plaintiff respectfully moves this Court, consistent with the Parties' Stipulation and Settlement Agreement, to (1) provisionally grant preliminary approval of the proposed class and collective action settlement (the Parties' "Stipulation and Settlement Agreement"); (2) approve the appointment of CPT Group, as settlement administrator; and (3) approve the proposed notice of the settlement and claim forms. The Parties' Stipulation and Settlement Agreement, proposed notice, and proposed order are submitted herewith.

Counsel for Plaintiff has conferred with counsel for Defendant and, consistent with the agreement in the Parties' Stipulation and Settlement Agreement, Defendant does not oppose the instant motion. The parties agree that they are entering into a compromise of a disputed claim and that this settlement is not an admission of liability, wrongdoing, or the validity of the claims or defenses.

Respectfully submitted this September 2, 2022.

          */s/ Gilda Adriana Hernandez*
          Gilda A. Hernandez (NCSB No.: 36812)
          Charlotte C. Smith (NCSB No.: 53616)
          **THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
          1020 Southhill Dr., Ste. 130
          Cary, NC 27513
          Tel: (919) 741-8693
          Fax: (919) 869-1853
          ghernandez@gildahernandezlaw.com
          csmith@gildahernandezlaw.com

          *Attorneys for Plaintiffs*

2

Case 3:20-cv-00276-KDB-DSC   Document 62   Filed 09/02/22   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2022, I electronically filed the foregoing true and accurate copy of **PLAINTIFF'S UNOPPOSED AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; APPROVAL OF SETTLEMENT ADMINISTRATOR; AND APPROVAL OF PLAINTIFF'S NOTICE OF SETTLEMENT** with the Court using the CM/ECF system, and have thereby electronically served the document to the following:

Debbie Whittle Durban (NCSB No. 46918)
Matthew A. Abee (NCSB No. 46949)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1320 Main Street / 17th Floor
Columbia, SC 29201
(803) 799-2000
debbie.durban@nelsonmullins.com
matt.abee@nelsonmullins.com

*Attorneys for Defendant*

/s/ *Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No.: 36812)
Charlotte C. Smith (NCSB No.: 53616)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Dr., Ste. 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiffs*

3