IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CA No. 3:20-cv-00276-KDB-DSC

| | |
|---|---|
| MANUEL ROLDAN, on behalf of himself and all others similarly situated, | ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) ) |
| BLAND LANDSCAPING COMPANY, INC., | ) ) ) ) |
| *Defendant.* | ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECTIVE AND CLASS ACTION SETTLEMENT

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Final Approval of the Class and Collective Action Settlement ("Motion for Final Approval"), Plaintiff respectfully requests the Court enter an Order:

(1) Granting final approval of the Parties' Revised Settlement Agreement of Class and Collective Action and Release of Claims (Dkt. 63-1), including the class action settlement pursuant to Fed. R. Civ. P. 23 and the Fair Labor Standards Act (FLSA) collective action settlement contained therein; and

(2) Granting any other relief that the Court deems just and proper.

Plaintiff has contemporaneously submitted a Proposed Order, attached hereto, for the Court's convenience.

Respectfully submitted this December 13, 2022

                                               */s/ Gilda Adriana Hernandez*
                                               Gilda A. Hernandez (NCSB No. 36812)
                                               Charlotte C. Smith (NCSB No. 53616)
                                               **THE LAW OFFICES OF GILDA A.**

**HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: 919 741-8693
Fax: 919 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2022, I electronically filed the foregoing true and accurate copy of **PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT** with the Court using the CM/ECF system, and have thereby electronically served the document to the following:

Debbie Whittle Durban (NCSB No. 46918)
Matthew A. Abee (NCSB No. 46949)
**NELSON MULLINS RILEY &
SCARBOROUGH LLP**
1320 Main Street / 17th Floor
Columbia, SC 29201
(803) 799-2000
debbie.durban@nelsonmullins.com
matt.abee@nelsonmullins.com

*Attorneys for Defendant*

                                        */s/ Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Charlotte C. Smith (NCSB No. 53616)
**THE LAW OFFICES OF GILDA A.
HERNANDEZ, PLLC**
1020 Southhill Dr., Ste. 130 Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 649-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiff*